IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Tylman, Zdzislaw

Printed: 10/29/08

Case Number: 08 B 06216
Judge: Hollis, Pamela S
Filed: 3/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 15, 2008
Confirmed: May 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,350.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,262.25 |
| Trustee Fee: |  | 87.75 |
| Other Funds: |  | 0.00 |
| Totals: | 1,350.00 | 1,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Michael J Worwag | Administrative | 2,100.00 | 1,262.25 |
| 2. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Eastern Savings Bank | Secured | 38,986.74 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 125.23 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 1,570.26 | 0.00 |
|  |  |  | $ 42,782.23 | $ 1,262.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 87.75 |
|  | $ 87.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

